B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Trigeant, Ltd.**
Debtor(s)

Case No.
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Odfjell Tankers AS**<br>**c/o Robert L. Klawetter, Esq.**<br>**Eastham, Watson, Dale & Forney, LLP**<br>**808 Travis, Suite 1300**<br>**Houston, TX 77002-5769** | **Odfjell Tankers AS**<br>**c/o Robert L. Klawetter, Esq.**<br>**Eastham, Watson, Dale & Forney, LLP**<br>**Houston, TX 77002-5769** | | **Disputed** | 8,000,000.00 |
| **Bay Ltd.**<br>**P.O. Box 9908**<br>**Corpus Christi, TX 78469-9908** | **Bay Ltd.**<br>**P.O. Box 9908**<br>**Corpus Christi, TX 78469-9908** | | **Disputed** | 1,334,124.37 |
| **Cameron-McKinney, LLC**<br>**1001 McKinney**<br>**Suite 580**<br>**Houston, TX 77002** | **Cameron-McKinney, LLC**<br>**1001 McKinney**<br>**Suite 580**<br>**Houston, TX 77002** | | **Disputed** | 211,032.70 |
| **Reliant Energy**<br>**Dept. 650475**<br>**1501 N. Plano Road**<br>**Richardson, TX 75081** | **Reliant Energy**<br>**Dept. 650475**<br>**1501 N. Plano Road**<br>**Richardson, TX 75081** | | | 162,541.49 |
| **Daegis**<br>**c/o Sinead O' Carroll, Esq.**<br>**221 W. 6th Street**<br>**Suite 1000**<br>**Austin, TX 78701** | **Daegis**<br>**c/o Sinead O' Carroll, Esq.**<br>**221 W. 6th Street**<br>**Austin, TX 78701** | **Judgment** | | 114,489.48 |
| **Cunningham Law Group**<br>**2221 Brun Street**<br>**Houston, TX 77019** | **Cunningham Law Group**<br>**2221 Brun Street**<br>**Houston, TX 77019** | | **Disputed** | 21,962.65 |
| **Merrill Communications, LLC**<br>**CM-9638**<br>**Saint Paul, MN 55170-9638** | **Merrill Communications, LLC**<br>**CM-9638**<br>**Saint Paul, MN 55170-9638** | **Judgment** | | 16,923.00 |
| **Princeton Economics Group, Inc.**<br>**c/o Steven L. Gutter, Esq.**<br>**2200 Corporate Blvd. NW**<br>**Boca Raton, FL 33431** | **Princeton Economics Group, Inc.**<br>**c/o Steven L. Gutter, Esq.**<br>**2200 Corporate Blvd. NW**<br>**Boca Raton, FL 33431** | **Judgment** | | 10,551.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Trigeant, Ltd.**                                                                 Case No.
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Direct Energy Business<br>1001 Liberty Avenue<br>12th Floor<br>Pittsburgh, PA 15222** | **Direct Energy Business<br>1001 Liberty Avenue<br>12th Floor<br>Pittsburgh, PA 15222** | | | **7,956.47** |
| **Johann Haltermann Ltd.<br>Payable Acctg Service Center<br>P.O. Box 6004<br>Midland, MI 48641-6004** | **Johann Haltermann Ltd.<br>Payable Acctg Service Center<br>P.O. Box 6004<br>Midland, MI 48641-6004** | | **Contingent** | **5,923.48** |
| **Corpus Christi Area Oil Spill Control<br>1231 Navigation Blvd.<br>Corpus Christi, TX 78407** | **Corpus Christi Area Oil Spill Control<br>1231 Navigation Blvd.<br>Corpus Christi, TX 78407** | | | **5,000.00** |
| **Paymaster, Inc.<br>1880 North Congress Avenue<br>Suite 222<br>Boynton Beach, FL 33426** | **Paymaster, Inc.<br>1880 North Congress Avenue<br>Suite 222<br>Boynton Beach, FL 33426** | **Payroll taxes** | | **3,534.28** |
| **Message Labs, Inc.<br>512 Seventh Avenue<br>6th Floor<br>New York, NY 10018** | **Message Labs, Inc.<br>512 Seventh Avenue<br>6th Floor<br>New York, NY 10018** | | **Disputed** | **1,094.93** |
| **City of Corpus Christi<br>1201 Leopard Street<br>Corpus Christi, TX 78401-2825** | **City of Corpus Christi<br>1201 Leopard Street<br>Corpus Christi, TX 78401-2825** | | | **1,025.71** |
| **McDonnell, Rex G., IV<br>P.O. Box 2193<br>Georgetown, TX 78627** | **McDonnell, Rex G., IV<br>P.O. Box 2193<br>Georgetown, TX 78627** | | | **450.00** |
| **AT&T<br>P.O. Box 5001<br>Carol Stream, IL 60197-5001** | **AT&T<br>P.O. Box 5001<br>Carol Stream, IL 60197-5001** | | | **338.30** |
| **Travieso Evans Arria Rengel & Paz<br>Edificio Atlantic, Piso 6<br>Avenida Andres Bello<br>Los Grandes<br>Caracas 1060, Venezuela** | **Travieso Evans Arria Rengel & Paz<br>Edificio Atlantic, Piso 6<br>Avenida Andres Bello<br>Caracas 1060, Venezuela** | | **Disputed** | **57.50** |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re  **Trigeant, Ltd.**                                                      Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of Trigeant, LLC, General Partner of Trigeant, Ltd. of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 16, 2014**            Signature  **/s/ Stephen Roos**
                                                    **Stephen Roos**
                                                    **Manager of Trigeant, LLC, General Partner of Trigeant, Ltd.**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.