

**ORDERED in the Southern District of Florida on September 17, 2014.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

In re:

TRIGEANT, LTD.,[1]

        Debtor.
_____/

Chapter 11 Case

Case No.14-30727-EPK

### ORDER GRANTING DEBTORS' *EX PARTE* MOTION FOR JOINT ADMINISTRATION

**THIS MATTER** came before the Court, without a hearing, upon the *Debtors' Ex Parte Motion for Joint Administration* [ECF No. 5] (the "Motion") filed by Trigeant, Ltd., (the "Debtor"). The Motion requests entry of an order authorizing the joint administration of the bankruptcy cases of the Debtor, with the jointly administered bankruptcy estate of Trigeant Holdings, Ltd., and Trigeant, LLC (collectively, the "Initial Debtors"). [ECF No. 24 in Case No. 14-bk-29030 and ECF No. 26 in Case No. 14-29027]. The Court finds that (i) it has jurisdiction

---

[1] The last four digits of the Debtor's federal tax identification number is 2037. The address for the Debtor is 3020 North Military Trail, Ste. 100, Boca Raton, FL 33431.

5898582-2

over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the relief requested in the Motion is in the best interests of the Debtor and Initial Debtors, their estates, and their creditors; (v) pursuant to Local Rule 1015-1, the Court is authorized to grant the Motion without a hearing at its discretion; and (vi) upon the record herein after good and sufficient cause existing for the granting of the relief as set forth herein; it is

**ORDERED** that:

1. The Motion is **GRANTED**.

2. The above-captioned bankruptcy case shall be jointly administered with Case No. 14-29027-EPK.  Case No. 14-29027-EPK is designated as the "lead case."

3. A single case docket and court file will be maintained hereunder under the "lead case" number.

4. Hearings in these jointly administered cases shall be joint hearings unless otherwise specified.

5. The style of these jointly administered cases shall be in the style set forth below:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

| | |
|---|---|
| In re: | Chapter 11 Cases |
| TRIGEANT HOLDINGS, LTD., *et al.*, | Case No.  14-29027-EPK (Jointly Administered) |
| Debtors._____/ | |

6. Pleadings filed in other than the lead case shall be captioned under the lead case name(s) and case number followed by the words "(Jointly Administered)" and beneath that

5898582-2                                                              2

caption, the case names and numbers for the cases in which the document is being filed. Claims filed shall indicate only the case name and number of the case in which the claim is asserted. Separate claims registers shall be maintained for each case.

7. Parties may request joint hearings on matters pending in any of the jointly administered cases.

8. A docket entry shall be made in each of the Debtors' cases substantially as follows:

> An order has been entered in this case directing joint administration of the following entities for procedural purposes only: (i) Trigeant Holdings, Ltd.; (ii) Trigeant, LLC and (iii) Trigeant, Ltd. The docket of Trigeant Holdings, Ltd. (Case No. 14-29027-EPK) should be consulted for all matters affecting this case.

9. The Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# # #

Submitted by:
Isaac M. Marcushamer, Esq.
Berger Singerman LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Tel. (305) 755-9500
Fax (305) 714-4340
E-mail: imarcushamer@bergersingerman.com

Copy furnished to:
Isaac M. Marcushamer, Esq.
*(Attorney Marcushamer is directed to serve a conformed copy of this Order upon all interested parties, and to file a Certificate of Service).*